70

THE STATE EX REL. YORK, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE, ET AL.

[Cite as *State ex rel. York v. Indus. Comm.* (2000), 90 Ohio St.3d 70.]

(No. 00–36—Submitted July 25, 2000—Decided September 20, 2000.)

*Becker, Reed, Tilton & Hastings* and *Dennis A. Becker,* for appellant.

*Betty D. Montgomery,* Attorney General, and *William D. Haders,* Assistant Attorney General, for appellee.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.